UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KATALIN HORVATH, | ) | NO. CV 09-6808-RSWL(CT) |
| | ) | |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| | ) | |
| IMMIGRATION CUSTOM ENFORCEMENT (I.C.E.) HOMELAND SECURITY IN THE UNITED STATES OF AMERICA, | ) ) ) ) ) | |
| Respondents. | ) ) | |

　　　IT IS HEREBY ADJUDGED that the petition is dismissed.

DATED: October 5, 2009

*RONALD S.W. LEW*

HONORABLE RONALD S. W. LEW
SENIOR U.S. DISTRICT COURT JUDGE